

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2021

No. 04-21-00068-CR

Albert Araiza **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0541
Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was originally due May 12, 2021. On June 3, 2021, this court issued an order directing appellant's appointed counsel, Mr. Michael J. Sawyer, to file, no later than June 14, 2021, a response stating a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. Our order cautioned Mr. Sawyer that if he failed to file an adequate response by June 14, 2021, this appeal would be abated to the trial court for an abandonment hearing, and the trial court would be asked to consider whether sanctions are appropriate. Tex. R. App. P. 38.8(b)(2). We have received no response.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, **no later than July 19, 2021**, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions

of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court